IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | | |
|---|---|---|
| CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA, *et al.*, | * * * | |
| Plaintiffs, | * * | |
| v. | * * | Civil Action No. AW-08-3444 |
| JANET NAPOLITANO, *et al.*, | * * | |
| Defendants. | * * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ORDER**

For the reasons stated in the foregoing Memorandum Opinion, IT IS this **25th day of August, 2009**, by the United States District Court for the District of Maryland, **ORDERED**:

1. That Defendants Cross Motion for Summary Judgment (Docket No. 35) BE, and the same HEREBY IS, **GRANTED**;

2. That Plaintiff's Motion for Summary Judgment (Docket No. 18) BE, and the same HEREBY IS, **DENIED**;

3. That the Clerk of the Court **CLOSE** this case; AND

4. That the Clerk of the Court transmit a copy of this Order to all counsel of record.

                                                              /s/
                                           Alexander Williams, Jr.
                                           United States District Judge