IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | | |
|---|---|---|
| CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA, *et al.*, | * | |
| | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No. AW-08-3444 |
| | * | |
| JANET NAPOLITANO, *et al.*, | * | |
| Defendants. | * | |

\* \* \* \* \*

## PLAINTIFFS' NOTICE OF APPEAL

Notice is hereby given that Plaintiffs Chamber of Commerce of the United States of America; Associated Builders and Contractors, Inc.; Society for Human Resource Management; American Council on International Personnel; and HR Policy Association (collectively, "Plaintiffs") hereby appeal to the United States Court of Appeals for the Fourth Circuit from the final order of this Court entered on August 26, 2009, denying Plaintiffs' motion for summary judgment and granting Defendants' cross-motion for summary judgment.

Dated: August 31, 2009                     Respectfully submitted,

                                           PROSKAUER ROSE LLP

                                           By:     s/James F. Segroves
                                           Lawrence Z. Lorber (Bar No. 15110)
                                           Malcolm J. Harkins III
                                           James F. Segroves (Bar No. 17268)
                                           1001 Pennsylvania Avenue, NW
                                           Suite 400 South
                                           Washington, DC 20004-2533
                                           202.416.6800
                                           202.416.6899 (fax)

2

David M. Grunblatt
One Newark Center
Newark, NJ 07102-5211
973.274.3200
973.274.3299 (fax)

*Counsel for Plaintiffs Chamber of Commerce of the United States of America; Associated Builders and Contractors, Inc.; Society for Human Resource Management; American Council on International Personnel; and HR Policy Association*

2