FILED: September 9, 2009

```
                  UNITED STATES COURT OF APPEALS
                      FOR THE FOURTH CIRCUIT

                      _____

                           No. 09-2006
                        (8:08-cv-03444-AW)
                      _____
```

CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA, Individually a District of Columbia Corporation; ASSOCIATED BUILDERS AND CONTRACTORS, INCORPORATED, Individually a Maryland Corporation; SOCIETY FOR HUMAN RESOURCE MANAGEMENT, Individually an Ohio Corporation; AMERICAN COUNCIL ON INTERNATIONAL PERSONNEL, Individually a District of Columbia Corporation; HR POLICY ASSOCIATION, Individually a District of Columbia Corporation,

        Plaintiffs - Appellants

v.

JANET NAPOLITANO, Secretary of Homeland Security; ALBERT A. MATERA, Chairman of the Civilian Agency Acquisition Council; UNITED STATES OF AMERICA,

        Defendants - Appellees

and

MEXICAN-AMERICAN LEGAL DEFENSE AND EDUCATION FUND; NATIONAL IMMIGRATION LAW CENTER; AMERICAN CIVIL LIBERTIES UNION-IMMIGRANTS RIGHTS PROJECT,

        Amici Curiae

```
                      _____

                            O R D E R
                      _____
```

Upon review of submissions relative to the motion for an injunction pending appeal, the Court denies the motion.

Entered at the direction of Judge Agee with the concurrence of Judge Wilkinson and Judge Niemeyer.

For the Court

/s/ Patricia S. Connor, Clerk